Angela M. Alioto (SBN 130328)
Jordanna Thigpen (SBN 232642)
LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA 94111-2104
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiff DENISE BONGIOVANNI

BARBARA J. PARKER, City Attorney, SBN 069722
ANDREW S. HUANG, Supervising Deputy City Attorney, SBN 193730
MEETI S. SUDAME, Deputy City Attorney, SBN 289637
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-6520
Fax: (510) 238-6500

Attorneys for Defendant,
CITY OF OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE BONGIOVANNI,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>               Defendant. | **CASE NO. 3:21-CV-01303 EMC**<br><br>**STIPULATION RE DISMISSAL AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between parties and/ or their

Respective counsel that the above- captioned action is dismissed with prejudice as to all

claims and against all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   January 28, 2022        LAW OFFICES OF MAYOR JOSEPH L. ALIOTO
                                 & ANGELA ALIOTO

                                 By:     */s/ Jordanna Thigpen*
                                 JORDANNA THIGPEN
                                 Attorney for Plaintiff, DENISE BONGIOVANNI

Dated:   January 28, 2022        BARBARA J. PARKER, City Attorney

                                 By:     */s/ Andrew S. Huang*
                                 ANDREW S. HUANG, Supervising Deputy City
                                 Attorney, CITY OF OAKLAND

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Jordanna Thigpen, am the ECF User whose identification and password are being used to file this **STIPULATION RE DISMISSAL AND [PROPOSED] ORDER,** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories concur in filing this document.

Date: January 28, 2022           BY*: /s/ Jordanna Thigpen*
                                 JORDANNA THIGPEN

## ORDER

Based upon the parties' stipulation, and good cause otherwise appearing, this entire action is dismissed with prejudice.  The clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: January 31, 2022                                    _____
                                                                              Hon. EDWARD CHEN
                                                                              United States District Judge